## Nelson *et al.* v. Nelson.

APPEAL from the Chancery Court of Shelby.
Heard before the Hon. R. A. D. DUNLAP, Special Chancellor.

H. K. WHITE, for appellant.

PETTUS & PETTUS, GEORGE H. CRAIG and EDWARD S. LYMAN, *contra*.

The bill in this case was filed by the appellants against the appellees, to establish a vendor's lien.

On the submission of the cause on the pleadings and proof, the chancellor held that the complainants had not made out a case entitling them to relief, and decreed that the bill be dismissed. From this decree the appeal is prosecuted, and the same is here assigned as error. The decree is affirmed.

Opinion by MCCLELLAN, J.